UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> JERRY MICHAEL BLANCHARD | ) UNDER SEAL <br> ) <br> ) Docket No. 3:08-mj- <br> ) <br> ) ORDER SEALING <br> ) COMPLAINT AND <br> ) OTHER DOCUMENTS |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint, with attachments, the Affidavit in Support of the Complaint, the Arrest Warrant, the government's Motion, and this Order be sealed, because the defendant is not currently in custody,

**IT IS HEREBY ORDERED** that the Complaint, with attachments, the Affidavit in Support of the Complaint, the Arrest Warrant, the government's Motion, and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

So ordered this 1st day of August 2008.

_____
THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE